**E-FILED**

Tuesday, 09 September, 2014  08:09:44 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED

SEP - 8 2014

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| M.O.B.B., LLC, an Illinois Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 14-cv-_1365_ ) ) |
| EXPERT BUILDERS OF CENTRAL ILLINOIS, LLC, an Illinois Limited Liability Company, | ) ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

NOW COMES the Plaintiff, M.O.B.B., LLC, an Illinois Limited Liability Company, by its attorneys, LIVINGSTON, BARGER, BRANDT & SCHROEDER, for its Complaint against EXPERT BUILDERS OF CENTRAL ILLINOIS, LLC, an Illinois Limited Liability Company, states as follows:

### PARTIES

1.      Plaintiff M.O.B.B., LLC, is an Illinois limited liability company (hereinafter, "M.O.B.B.") with a principal place of business at 1709 Tullamore Avenue, Suite B, Bloomington, Illinois 61704.

2.      Upon information and belief, Defendant Expert Builders of Central Illinois, LLC, is an Illinois limited liability company (hereinafter, "Expert Builders") with a principal place of business at 2603 North Pointe Drive, Bloomington, IL 61704.

### JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction under the copyright law of the United States, Title 17 U.S.C.A. §§ 1331 and 1338.

4.      Venue in this District in proper under 28 U.S.C.A. §§ 1391(c) and 1400(a).

## COUNT I: COPYRIGHT INFRINGEMENT

5.     M.O.B.B. realleges and incorporates by reference as if fully set forth herein the allegations contained in Paragraphs 1-4 above.

6.     Plaintiff M.O.B.B. is a developer and contractor in the business of, among other things, constructing residential homes.  As a part of that business, M.O.B.B. had certain architectural drawings created by Kap Architecture, LLC, an Illinois limited liability company (hereinafter, "Kap"), known as "Single Family Residence A".

7.     Kap registered its rights to "Single Family Residence A," delineated on its drawings dated December 1, 2010, and transferred all of its rights in "Single Family Residence A", to Plaintiff M.O.B.B. on January 26, 2011.

8.     M.O.B.B. registered its rights to "Single Family Residence A," and obtained from the Registrar of Copyrights, Certificates of Copyright Registration No. VAu 001059130 dated February 24, 2011.  A true and correct copy of U.S. Certificate of Copyright Registration No. VAu 001059130 is attached as Exhibit A.

9.     Since January 26, 2011, M.O.B.B. has been and is the sole owner of all rights, title and interest in and to U.S. Copyright Registration No. VAu 001059130.

10.     Since the effective date of its Copyright Registration, M.O.B.B. has constructed single-family residences utilizing its copyrighted architectural plans.

11.     On or about April 2013, M.O.B.B. was notified that Defendant was within one of its single-family residences, copying the architectural plans used for its construction.  M.O.B.B. contacted Defendant Expert Builders, and notified it that the plans were copyrighted and that there was no authority to duplicate those plans without the authority of M.O.B.B.

12.     Upon information and belief, on or about January 1, 2014, Expert Builders

2

began constructing a home at 9430 Janel, Bloomington, Illinois 61705, utilizing the architectural plans of M.O.B.B., with only minor modifications. A true and correct copy of the architectural plans utilized by Expert Builders is attached hereto as Exhibit B.

13.    The architectural plans utilized by Expert Builders are substantially the same copyrighted architectural plans of M.O.B.B., and the reproduction and work by Expert Builders is based on M.O.B.B.'s copyrighted work, and has been done without license from M.O.B.B., contrary to the desires of M.O.B.B., and without M.O.B.B.'s consent.

14.    Upon information and belief, by the acts alleged herein, Defendant has directly infringed M.O.B.B.'s copyright.

15.    M.O.B.B. formally notified Defendant that it infringed M.O.B.B.'s rights in a letter dated May 8, 2014, and demanded that Expert Builders cease any future infringing activity and pay M.O.B.B. reasonable damages for past infringement. Expert Builders has failed to pay damages.

16.    Defendant's infringement on M.O.B.B.'s copyright has caused irreparably injury and damages.

**Plaintiff M.O.B.B. demands a trial by jury of issues triable by jury.**

<u>**PRAYER FOR RELIEF**</u>

WHEREFORE, Plaintiff M.O.B.B. demands judgment against Defendant as follows:

A.    That Defendant, its members, managers, officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, be enjoined from infringing Plaintiff's copyright pursuant to 17 U.S.C.A. § 502.

B.    That Defendant be required to pay Plaintiff statutory damages as provided in 17 U.S.C.A. § 504.

3

C.    That Defendant be required to pay Plaintiff the costs and disbursements of this action, together with reasonable attorneys' fees, as provided by 17 U.S.C.A. § 505.

D.    Awarding Plaintiff all such other relief including exemplary damages or statutory damages, as this Court will deem just in this action.

M.O.B.B., LLC, an Illinois Limited Liability Company, Defendant

BY:  LIVINGSTON, BARGER, BRANDT
      & SCHROEDER

s/ Elizabeth B. Megli
Attorney Bar Number:  6286856
Attorney for M.O.B.B., LLC
Livingston, Barger, Brandt & Schroeder
115 W. Jefferson Street
Suite 400
P.O. Box 3457
Bloomington, IL 61701
Telephone:  (309) 828-5281
Facsimile:   (309) 827-3432
E-mail:  emegli@lbbs.com

# EXHIBIT A

[See Attached]

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-059-130

**Effective date of
registration:**

February 24, 2011

---

## Title

**Title of Work:** trave30g(a) Single Family Residence

## Completion/ Publication

**Year of Completion:** 2010

## Author

■ **Author:** KAP Architecture, LLC

**Author Created:** architectural work

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** MOBB, LLC

2313 East Oakland, Bloomington, IL, 61701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** MOBB, LLC

**Address:** 2313 East Oakland

Bloomington, IL 61701 United States

## Certification

**Name:** Robert G. Kapolnek

**Date:** February 24, 2011

---

JS 44  (Rev. 12/12)

# CIVIL COVER SHEET

14-1365

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| M.O.B.B., LLC, an Illinois Limited Liability Company<br>1709 Tullamore Avenue, Suite B<br>Bloomington, IL 61704 | Expert Builders of Central Illinois, LLC, an Illinois Limited Liability Company, c/o Registered Agent, George Wood, 207 W. Jefferson Street, Suite 400, Bloomington, IL 61701 |

**(b)** County of Residence of First Listed Plaintiff   McLean
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   McLean
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Elizabeth B. Megli, of Livingston, Barger, Brandt & Schroeder
115 W. Jefferson Street, Suite 400
Bloomington, IL 61701

Attorneys *(If Known)*
George Wood, of Hartweg, Turner, Wood & DeVary, P.C.
207 W. Jefferson Street, Suite 400
Bloomington, IL 61701

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government<br>     Plaintiff | ☒ 3  Federal Question<br>     *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government<br>     Defendant | ☐ 4  Diversity<br>     *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                       *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>    & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>    Student Loans<br>    (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>    of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>    Liability<br>☐ 320 Assault, Libel &<br>    Slander<br>☐ 330 Federal Employers'<br>    Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>    Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>    Product Liability<br>☐ 360 Other Personal<br>    Injury<br>☐ 362 Personal Injury -<br>    Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>    Product Liability<br>☐ 367 Health Care/<br>    Pharmaceutical<br>    Personal Injury<br>    Product Liability<br>☐ 368 Asbestos Personal<br>    Injury Product<br>    Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>    Property Damage<br>☐ 385 Property Damage<br>    Product Liability | ☐ 625 Drug Related Seizure<br>    of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>    28 USC 157<br><br>**PROPERTY RIGHTS**<br>☒ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>    Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>    Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>    Act<br>☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **LABOR** | **SOCIAL SECURITY** |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>    Accommodations<br>☐ 445 Amer. w/Disabilities -<br>    Employment<br>☐ 446 Amer. w/Disabilities -<br>    Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>    Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>    Conditions of<br>    Confinement | ☐ 710 Fair Labor Standards<br>    Act<br>☐ 720 Labor/Management<br>    Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>    Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>    Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 899 Administrative Procedure<br>    Act/Review or Appeal of<br>    Agency Decision<br>☐ 950 Constitutionality of<br>    State Statutes |
| | | | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>    Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>    or Defendant)<br>☐ 871 IRS—Third Party<br>    26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1  Original<br>     Proceeding | ☐ 2  Removed from<br>     State Court | ☐ 3  Remanded from<br>     Appellate Court | ☐ 4  Reinstated or<br>     Reopened | ☐ 5  Transferred from<br>     Another District<br>     *(specify)* | ☐ 6  Multidistrict<br>     Litigation |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 USCA §501
Brief description of cause:
Defendant Infringed upon Plaintiff's Copyrighted Architectural Plans

## VII. REQUESTED IN    COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
    UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S)    IF ANY
*(See instructions:)*

JUDGE                                         DOCKET NUMBER

DATE  9/5/14

SIGNATURE OF ATTORNEY OF RECORD
*Elizabeth B. Megli*

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE